UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :     Chapter 13
                                                    :
    LARRY R. SABATINO                            :     Bankruptcy No. 17-14153 MDC
                                                    :
    Debtor                                       :

## STIPULATION

AND NOW, LARRY, debtor, and WILLIAM C. MILLER, Esquire, Chapter 13 standing trustee, agree to the following terms and conditions with respect to the standing trustee's objection to debtor's exemptions:

1. The case was commenced on June 14, 2017; the standing trustee's objection to exemption was filed on August 24, 2017.

2. The parties believe that once the claims which are the subject of the Objection are resolved ("Claims"), it will be easier to resolve the Objection.

3. Debtor agree to notify the standing trustee, in writing, promptly upon withdrawal of, or a judgment with respect to, the Claims, or will file a motion to approve any proposed resolution of the Claims.

4. In the meantime, the parties agree to continue the Objection until any of the events set forth in section 3 occur, at which time either party can request that the Court relist the Objection for a hearing, if necessary.

WHEREFORE, the parties have executed this Stipulation as of the date set forth below, and request that it be made an order of this Court.

Date: September ____, 2017

Jacqueline M. Chandler, Esquire for
William C. Miller, Esquire
Chapter 13 Standing Trustee

Stephen Vincent Bottiglieri, Esquire
Attorney for debtor

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

The foregoing Stipulation is hereby APPROVED as an Order of this Court.

Honorable Magdeline D. Coleman
United States Bankruptcy Judge

9/21/17