United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Larry R. Sabatino
     Debtor

Case No. 17-14153-mdc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Marie     Page 1 of 1     Date Rcvd: Sep 22, 2017
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2017.
db        +Larry R. Sabatino,   37 Dogwood Lane,   Aston, PA 19014-1209

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2017                                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2017 at the address(es) listed below:
        JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
        PHILLIP D. BERGER    on behalf of Creditor    WC Fund III, LLC berger@bergerlawpc.com, kaufmann@bergerlawpc.com
        STEPHEN VINCENT BOTTIGLIERI    on behalf of Debtor Larry R. Sabatino steve@bottiglierilaw.com, ecfnotice@comcast.net
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                   TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                        :    Chapter 13
                                              :
    LARRY R. SABATINO                         :    Bankruptcy No. 17-14153 MDC
                                              :
        Debtor                                :

## STIPULATION

AND NOW, LARRY, debtor, and WILLIAM C. MILLER, Esquire, Chapter 13 standing trustee, agree to the following terms and conditions with respect to the standing trustee's objection to debtor's exemptions:

1. The case was commenced on June 14, 2017; the standing trustee's objection to exemption was filed on August 24, 2017.

2. The parties believe that once the claims which are the subject of the Objection are resolved ("Claims"), it will be easier to resolve the Objection.

3. Debtor agree to notify the standing trustee, in writing, promptly upon withdrawal of, or a judgment with respect to, the Claims, or will file a motion to approve any proposed resolution of the Claims.

4. In the meantime, the parties agree to continue the Objection until any of the events set forth in section 3 occur, at which time either party can request that the Court relist the Objection for a hearing, if necessary.

WHEREFORE, the parties have executed this Stipulation as of the date set forth below, and request that it be made an order of this Court.

Date: September 6, 2017

Jacqueline M. Chandler, Esquire for
William C. Miller, Esquire
Chapter 13 Standing Trustee

Stephen Vincent Bottiglieri, Esquire
Attorney for debtor

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

The foregoing Stipulation is hereby APPROVED as an Order of this Court.

Honorable Magdeline D. Coleman
United States Bankruptcy Judge

9/21/17