## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Larry R. Sabatino<br>　　　　　　　　　　Debtor<br><br>Nationstar Mortgage LLC<br>　　　　　　　　　　Movant<br>　　　vs.<br><br>Larry R. Sabatino<br>　　　　　　　　　　Respondent | CHAPTER 13<br><br><br><br>NO. 17-14153 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　Kindly withdraw the Objection of Nationstar Mortgage LLC to Confirmation of Chapter 13 Plan, which was filed with the Court on or about **September 14, 2017** (Document No. 21).

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/ Matteo S. Weiner, Esquire**
　　　　　　　　　　　　　　　　　　　Matteo S. Weiner, Esquire
　　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　215-627-1322

October 6, 2017