United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 17-14153-mdc
Larry R. Sabatino                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: PaulP              Page 1 of 2              Date Rcvd: Aug 10, 2018
                             Form ID: pdf900         Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2018.
```
db             +Larry R. Sabatino,    37 Dogwood Lane,    Aston, PA 19014-1209
13934744       #+Berger Law Group, PC,    11 Elliott Avenue, Suite 100,    Bryn Mawr, PA 19010-3407
13934747       +Cb South,    4621 W. Napoleon,    Metairie, LA 70001-2487
13934750       +Coll Svc Ctr,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13934752        Delaware County Probation Dept.,    Delaware County Government Center,    Media, PA 19063
13934753       +Equifax,    PO Box 740256,   Atlanta, GA 30374-0256
13934754       +Experian,    955 American Lane,    Schaumburg, IL 60173-4998
13934756       #Hugh J. Bracken,    12 S. Monroe Street,   Suite 303,    PO Box 1940,   Media, PA 19063-8940
13934758       +Kelli Sabatino,    37 Dogwood Lane,    Aston, PA 19014-1209
13934761       +Michael FX Gillin & Associates, PC,    230 N. Monroe Street,    Media, PA 19063-2908
13934762      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage Ll,    Attn: Bankruptcy,    350 Highland Dr,
                Lewisville, TX 75067)
13934765       +Phelan Hallinan LLP,    1617 JKF Blvd, Suite 1400,    One Penn Center Plaza,
                Philadelphia, PA 19103-1823
13934766       +Tek-collect Inc,    871 Park St,    Columbus, OH 43215-1441
13934768       +Transunion,    PO Box 2000,    Chester, PA 19016-2000
13934769       +WC Fund III, LLC,    1150 First Avenue,    Suite 501,    King of Prussia, PA 19406-1316
13934770        William C. Miller, Esquire,    P.O. Box 1799,    Memphis, TN 38101-1799
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Aug 11 2018 02:23:23     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 11 2018 02:22:26
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 11 2018 02:23:04     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
13934742       +E-mail/Text: EBNProcessing@afni.com Aug 11 2018 02:22:52     Afni, Inc.,   Attn: Bankruptcy,
                PO Box 3097,   Bloomington, IL 61702-3097
13952858        E-mail/Text: ally@ebn.phinsolutions.com Aug 11 2018 02:21:48     Ally Financial,
                PO Box 130424,    Roseville MN 55113-0004
13934743        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 11 2018 02:20:00
                American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                Oklahoma City, OK 73124-8838
13934745       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 11 2018 02:18:49     Capital 1 Bank,
                Attn: Bankruptcy Dept.,    PO Box 30285,    Salt Lake City, UT 84130-0285
13934746       +E-mail/Text: bankruptcy@usecapital.com Aug 11 2018 02:24:07     Capital Accounts,
                P.O. Box 140065,    Nashville, TN 37214-0065
13934748       +E-mail/Text: bk.notifications@jpmchase.com Aug 11 2018 02:22:02     Chase Auto,
                Attn: National Bankruptcy Dept,    201 N Central Ave   AZ1-1191,   Phoenix, AZ 85004-8001
13934749       +Fax: 602-659-2196 Aug 11 2018 02:48:48     CheckSystems,   Attn: Customer Relations,
                7805 Hudson Road, Suite 100,    Woodbury, MN 55125-1703
13934751       +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 11 2018 02:23:57
                Credit Collections Srv.,    PO Box 9134,    Needham, MA 02494-9134
13934755       +E-mail/Text: bankruptcy.notices@hdfsi.com Aug 11 2018 02:23:49     Harley Davidson Financial,
                Attention: Bankruptcy,    PO Box 22048,    Carson City, NV 89721-2048
13934757        E-mail/Text: cio.bncmail@irs.gov Aug 11 2018 02:21:55     Internal Revenue Service,
                Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
13985534        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 11 2018 02:18:59
                LVNV Funding, LLC its successors and assigns as,    assignee of FFPM Carmel Holdings I, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13934760       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 11 2018 02:19:54     Lvnv Funding Llc,
                Po Box 740281,    Houston, TX 77274-0281
13934763       +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Aug 11 2018 02:22:44
                Office of the United States Trustee,    833 Chestnut Street,    Suite 500,
                Philadelphia, PA 19107-4405
13934764       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 11 2018 02:22:26
                Pennsylvania Department of Revenue,    Bankruptcy Division,    Department 280946,
                Harrisburg, PA 17128-0001
13934767        E-mail/Text: epr@telecheck.com Aug 11 2018 02:24:06     TeleCheck Services, Inc.,
                5251 Westheimer,    Houston, TX 77056
                                                                                              TOTAL: 18
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*            +WC Fund III, LLC,    1150 First Avenue, Suite 501,    King of Prussia, PA 19406-1316
13934759*      +Larry R. Sabatino,    37 Dogwood Lane,    Aston, PA 19014-1209
13976862*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage, LLC,    ATTN: Bankruptcy Department,
                P.O. Box 619096,    Dallas, TX 75261-9741)
                                                                                        TOTALS: 0, * 3, ## 0
```

```
District/off: 0313-2          User: PaulP              Page 2 of 2          Date Rcvd: Aug 10, 2018
                              Form ID: pdf900          Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2018                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2018 at the address(es) listed below:
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              PHILLIP D. BERGER    on behalf of Creditor    WC Fund III, LLC berger@bergerlawpc.com,
               kaufmann@bergerlawpc.com
              STEPHEN VINCENT BOTTIGLIERI    on behalf of Debtor Larry R. Sabatino steve@bottiglierilaw.com,
               ecfnotice@comcast.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 7

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LARRY R SABATINO                    Chapter 13

                Debtor               Bankruptcy No. 17-14153-MDC

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, this ___9th___ day of ___August___, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
STEPHEN V BOTTIGLIERI, ESQ
66 EUCLID STREET
SUITE C
WOODBURY, NJ 08096-

Debtor:
LARRY R SABATINO

37 DOGWOOD LANE

ASTON, PA 19014